■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES JACKSON, Also Known as HASAN RAQIYB, Appellant, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, Respondent. [948 NYS2d 841]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), entered July 13, 2011 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT C. WASHINGTON, Appellant. [948 NYS2d 841]—Appeal from a judgment of the Niagara County Court (William J. Watson, A.J.), rendered April 27, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.